**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7419**

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

QUINTIN EUGENE VAUGHT,

            Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence.  R. Bryan Harwell, District Judge. (4:08-cr-00375-RBH-1)

Submitted:  January 31, 2012            Decided:  February 3, 2012

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Quinton Eugene Vaught, Appellant Pro Se.  Robert Frank Daley, Jr., Assistant United States Attorney, Columbia, South Carolina; Arthur Bradley Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Quintin Eugene Vaught appeals the district court's order denying Vaught's "Petition for Writ of Mandamus, Compelling Government to Specifically Perform Plea Agreement." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Vaught, No. 4:08-cr-00375-RBH-1 (D.S.C. Oct. 5, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED